KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: 510-637-3689

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN O'LEARY,<br>Defendant. | No. 4-~~05~~ 06-70239-WDB<br><br>STIPULATION AND ORDER TO CONTINUE NEXT APPEARANCE DATE AND WAIVER OF TIME |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to continue the defendant's next appearance from **May 12, 2006**, to **Tuesday, May 16, 2006, at 10:00 a.m.**

The defendant further stipulates to extend the time for indictment or preliminary hearing to the date of the next court appearance.

Dated: 5/11/06

GEORGE L. BEVAN JR.
United States Attorney

Dated: 5/11/06

ED SWANSON, ESQ.
Attorney for Defendant Brian O'Leary

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Wayne D. Brazil

IT IS SO ORDERED.

Dated: 5/12/06

WAYNE D. BRAZIL
United States District Judge





MAY 11 2006 1:54PM HP LASERJET 3200 P.2

Dated: _______________

ED SWANSON, ESQ.
Attorney for Defendant Brian O'Leary

IT IS SO ORDERED.

Dated: _______________

WAYNE D. BRAZIL
United States District Judge